SECOND DEPARTMENT, JANUARY, 2007

(January 3, 2007)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL W. WARREN, on Behalf of MACLIFF WOODLEY, Petitioner, v MARTIN F. HORN et al., Respondents. [825 NYS2d 648]—Writ of habeas corpus in the nature of an application to reduce bail upon Kings County Indictment No. 3970/06.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Kings County indictment No. 3970/06 to the sum of $250,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Miller, J.P., Spolzino, Ritter and Dillon, JJ., concur.